# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                             dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                             ltrust@osbornlawpc.com

March 15, 2023

> Plaintiff's letter-motion requesting an extension of time to the briefing schedule (ECF No. 12) is GRANTED, and the proposed deadlines below are ADOPTED.  **No further extensions will be granted**.
>
> The Clerk of Court is respectfully directed to close ECF No. 12.
>
> SO ORDERED 03/16/23
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

          Re:    *Maitre v. Commissioner of Social Security*
                  Civil Action No. 1:22-cv-10748-SLC

Dear Judge Cave,

      We write on behalf of our client, Smith Maitre, to request additional time to file his brief for requested relief.  The reason for the request is that our office has an unusually large backlog of briefs that are due in the next several weeks, including that of Mr. Maitre.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his brief for the requested relief on or before: **May 22, 2023.**
- Defendant to file its a brief in response on or before: **June 21, 2023**.
- Plaintiff to file his reply, if any, on or before: **July 6, 2023.**

      Thank you for your consideration of this request.

Honorable Sarah L. Cave
March 15, 2023
Page Two

                                        Respectfully submitted,

                                        <u>s/Daniel A. Osborn</u>
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:   212-725-9800
                                        Facsimile:    212-500-5115
                                        dosborn@osbornlawpc.com

cc: Avni Gandhi, Esq. (by ECF)