UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMITH MAITRE,

                Plaintiff,

-v-                                      CIVIL ACTION NO.: 22 Civ. 10748 (SLC)

COMMISSIONER OF SOCIAL SECURITY,         **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 19 (the "Request")) for an extension of time to file a stipulation (the "Stipulation") for attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) is GRANTED. The deadline to file the Stipulation—which Plaintiff attached to the Request (ECF No. 19-1)—is extended nunc pro tunc to March 8, 2024. The Court will enter the Stipulation by separate order.

The Clerk of Court is respectfully directed to close ECF No. 19.

Dated:      New York, New York
              March 11, 2024

                                                        SO ORDERED.

                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**